1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 MARTIN CUADROS            )
                             )   1:06-CV-1147 AWI DLB
11                           )
           Plaintiff,        )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
           Defendant.        )
16 _____    )

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until January 29, 2007, in which to serve

20 Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21 August 28, 2006, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated: December 26, 2006                    /s/ Gina Fazio

2 |                                              GINA FAZIO,
                                                 Attorney for Plaintiff.

3 | Dated: December 26, 2006

4 |                                              MCGREGOR SCOTT
                                                 United States Attorney

5 |                                              By: /s/ Kimberly A. Gaab
6 |                                              (as authorized via facsimile)
                                                 KIMBERLY A. GAAB
7 |                                              Assistant U.S. Attorney

8 |     IT IS SO ORDERED.

9 |   **Dated:   December 28, 2006**                **/s/ Dennis L. Beck**
      3b142a                                    UNITED STATES MAGISTRATE JUDGE