1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

MARTIN CUADROS )
                )   1:06-CV-1147 AWI DLB
                )
    Plaintiff,   )   STIPULATION AND ORDER
                )
vs.             )
                )
JO ANNE B. BARNHART, )
Commissioner of Social )
Security,       )
                )
    Defendant.  )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 7 day extension of time, until February 5, 2007, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, August 28, 2006, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: January 29, 2007 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: January 31, 2007 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab <br> (as authorized via facsimile) <br> KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   January 31, 2007**        **/s/ Dennis L. Beck**
3b142a                          UNITED STATES MAGISTRATE JUDGE