1 | Gina Fazio, Esq. #225178
  | Law Offices of Jeffrey Milam
2 | P.O. Box 26360
  | Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

7   IN THE UNITED STATES DISTRICT COURT FOR

8   THE EASTERN DISTRICT OF CALIFORNIA

9   AT FRESNO

```
MARTIN CUADROS          )
                        )      1:06-CV-1147 AWI DLB
                        )
        Plaintiff,      )      STIPULATION AND ORDER
                        )
vs.                     )
                        )
JO ANNE B. BARNHART,    )
Commissioner of Social  )
Security,               )
                        )
        Defendant.      )
_____)
```

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until March 5, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, August 28, 2006, shall proceed under the time limit guidelines set therein.

//

//

//

//

//

//

//

| | | |
|---|---|---|
| 1 | Dated: February 5, 2007 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: February 6, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Theophous H. Reagans<br>(as authorized via facsimile) |
| 7 | | THEOPHOUS H. REAGANS<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  **February 13, 2007**                    **/s/ Dennis L. Beck**
9b0hie                                                                  UNITED STATES MAGISTRATE JUDGE