# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN CUADROS, | ) | 1:06cv01147 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | ) | (Document 22) |
| v. | ) | |
| | ) | ORDER DISMISSING ACTION |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

On August 19, 2006, Plaintiff filed the present action for review of a denial of Social Security benefits in this Court.

On June 19, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's complaint be dismissed for Plaintiff's failure to follow the Court's order and failure to prosecute this action. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 19, 2007, is ADOPTED IN FULL; and

2. Plaintiff's action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:    August 1, 2007**                             /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE